**EXHIBIT 2**

DocuSign Envelope ID: 859D332E-F8CD-483B-9FAD-F3D4BD83B84A

# ORACLE

**Payment Schedule**

**(Software) No. 99187**

| | |
|---|---|
| Customer: | Morse Communications, Inc. |
| Address: | 395 East DR. |
| | Melbourne FL 32904-1030 |
| Contact: | |
| Phone: | |
| Email Notice: | |
| Order: | Estimate # 563897 |
| PPA No.: | 13487  Dated: 30 Nov 18 |

Executed by Customer (authorized signature):

Signature: *Annette Costello* (DocuSigned by, 2C35D27810A2463)
Name: Annette Costello
Title: President

**Executed by Oracle Credit Corporation:**

Signature: *Larry Anonuevo*
Name: Larry Anonuevo
Title: Regional Operations Representative, OFD NAS Operations
Contract Effective Date: 30 Nov 18

**System Price:**

| | |
|---|---|
| Learning Cloud Support: | $5,000.00 |
| Oracle Consulting: | 46,500.00 |
| Cloud Services: | 248,850.00 |
| **Total:** | **$300,350.00** |

**Payment Schedule:**

| Payment Amount: | Due Date: |
|---|---|
| 1 @ $12,875.00 | 60 days after the Contract Effective Date |
| 3 @ $12,875.00 | Monthly from 01-Mar-19 through 01-May-19 |
| 54 @ $4,608.33 | Monthly from 01-Jun-19 through 01-Nov-23 |

58 payments due as set forth above.

**Taxes:** An amount equal to Taxes shall be payable through the Contract with each Payment Amount. The Supplier shall issue invoice(s) as per the Order and Taxes shall be charged at the applicable tax rate on invoice date.

**Transaction Specific Terms** (any terms specified in this section will supersede inconsistent terms elsewhere in the Contract):

This schedule ("Schedule") is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from the applicable Supplier. This Contract replaces Customer's payment obligation when due under the Order to Supplier to the extent of the System Price listed above and Customer agrees to pay the System Price on an installment basis. This Schedule incorporates by reference the terms and conditions of the above-referenced PPA to create a separate Contract. Any reference to "Order" or "Agreement" in this Contract shall mean the above-referenced Order, together with any other agreement governing Customer's right in the System. Each component of the System specified herein is further described in the Order. Cloud services are subscription rights, which may include SaaS, PaaS or IaaS, that are paid through this Contract. The System includes any cloud services that replace the cloud services included in the System, and the Order includes orders for such replacement cloud services. The System Price is the amount set forth above for the items that are paid for through this Contract.

A. SYSTEM: For the purposes of this Contract, the software, services, and cloud services are accepted. Upon delivery of the System, if the total amount invoiced by Supplier is less than the fees specified in the Order, then OCC will decrease the System Price and Payment Amounts accordingly. If any portion of the System has not been delivered (or, for cloud services, the services period has not commenced) 45 days after the Contract Effective Date, then OCC may, with written notice, remove the fees for that portion from the System Price and reduce the Payment Amounts by the amount attributable to that portion of the System. OCC and Customer may agree to mutually acceptable terms and enter into a new, separate Contract for any portion of the System that was removed from this Contract; otherwise, Customer will pay the Supplier for the removed portion as per the Order. Until all sums due under this Contract are paid, Customer agrees that Customer's access to use all cloud services provided under the Order, including any renewals or extensions (and their replacements), are subject to Customer's full performance of the terms of this Contract. Before any part of the System is converted, replaced or traded in by Customer or any other party, Customer shall contact Operations to make arrangements to fulfill all its financial obligations under the Contract.

If the System Price includes fees for renewal periods of services after the first period of services (as such period is defined in the Order), such services will be "Renewal Services" and will be ordered through this Contract. At the start of each Renewal Services period, Renewal Services for that period will become a part of the System and are accepted for purposes of Customer's payment obligations under the Contract. Renewal Services fees (and applicable Taxes) will be paid to Supplier (pursuant to the Supplier invoice) through this Contract, from the Payment Amounts (and applicable Taxes) received in the applicable Renewal Service period. Future increases in fees for Renewal Services (if any) are not included in the System Price or Payment Amounts, and shall be due separately to the applicable Supplier from Customer. Each Payment Amount (net of fees for Renewal Services, if any) is comprised of a proportional amount of each component of the System Price (net of total fees for Renewal Services, if any). The term Order also includes orders (in whatever form) for Renewal Services included in the System.

If Supplier reduces the Order fees due to Customer's termination of cloud services, Customer will promptly notify Operations, and any fees for the terminated services that are not yet due under the Order as of the effective date of termination shall be the "Reduction Amount." The Reduction Amount will be removed from the System Price and applied to reduce the last Payment Amount, and if it exceeds the last Payment Amount, any excess amounts will be applied to each preceding Payment Amount until the Reduction Amount has been fully utilized. Customer may claim a refund from Supplier for fees for terminated services already due under the Order, if any. The refund will not include fees not yet due under the Order. If the System does not include software or hardware, then on the effective date of termination, all remaining Payment Amounts (as adjusted for the Reduction Amount) will become due.

B. ADMINISTRATIVE: Customer agrees that OCC may insert the appropriate administrative information to complete the Contract, and OCC will provide a copy of the Contract upon request. For this Contract, the discount rate in the Remedies Section of the PPA shall be the lesser of the rate in the Contract or 2% (the "Index Rate"). OCC will countersign this Schedule upon Customer's delivery of a fully executed Order, PPA, and any other documentation required by OCC (in form and substance acceptable to OCC), and upon such countersignature, the Contract will be effective as of the Contract Effective Date. All notices or contact for Operations shall be sent to ofd-notice_ww@oracle.com.