AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MORSE COMMUNICATIONS, INC., a Florida corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ORACLE AMERICA, INC., a Delaware corporation; NETSUITE INC., a Delaware corporation; ORACLE CORPORATION, a Delaware corporation; and DOES 1 through 40, inclusive, <br><br> *Defendant(s)* | Civil Action No. 4:21-cv-5363 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ORACLE AMERICA, INC., a Delaware corporation;
500 Oracle Parkway
Redwood Shores, California 94065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Uplift Law, PC
Melissa G. Fulgencio
650 N. Rose Drive, Ste. 620
Placentia, CA 92870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 7/15/2021

*Signature of Clerk or Deputy Clerk*