1  **UPLIFT LAW, PC**
   Melissa G. Fulgencio (SBN 277663)
2  E-mail: mel@upliftlaw.net
   650 N. Rose Drive, Ste. 620
3  Placentia, CA 92870
4  Telephone: (714) 248-5612
   Facsimile:  (714) 582-3990
5
   Attorneys for Plaintiff,
6  MORSE COMMUNICATIONS, INC.
7
8                    UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT
10

| | |
|---|---|
| MORSE COMMUNICATIONS, INC., a Florida corporation, | Case No.: 4:21-cv-05363-DMR |
| Plaintiff, | REQUEST FOR DISMISSAL WITH PREJUDICE |
| v. | |
| ORACLE AMERICA, INC., a Delaware corporation; NETSUITE INC., a Delaware corporation; ORACLE CORPORATION, a Delaware corporation; and DOES 1 through 40, inclusive, | |
| Defendants. | |

[REMAINDER OF PAGE INTENTIONALL LEFT BLANK]

COMPLAINT FOR DAMAGES

TO THE COURT:

PLEASE TAKE NOTICE: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that this action is dismissed in its entirety without prejudice by the Plaintiffs as to all Defendants.

          **UPLIFT LAW, PC**

Dated: September 13, 2021      By: _____
                                         Melissa G. Fulgencio, Esq.
                                         Attorneys for Plaintiff,
                                         Morse Communications, Inc.

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3). 2005(i)

I am employed in the county aforesaid; I am over the age of eighteen and not a party to the within entitled action. My business address is 650 N. Rose Dr., Ste. 620, Placentia, CA 92870.

On September 13, 2021, I served the foregoing documents described as: PLAINTIFF'S NOTICE OF DISMISSAL on the interested parties in said action by placing a true copy as follows:

Scott Gattey
Gattey Law Firm
SCOTT@GATTEYLAW.COM

The document(s) were served by the following means:

☐ **By United States mail:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses above. I then placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, CA.

☐ **By United States certified mail:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses above. I then placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing certified correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with certified postage fully prepaid and return receipt attached and requested. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, CA.

☐ **By overnight delivery:** I enclosed the document(s) in an envelope or package provided by Federal Express and addressed to the persons at the addresses above. I then placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By electronic service:** Based on a court order, I caused the document(s) to be sent to the persons at the electronic service addresses listed above by transmission through ONE LEGAL

☒ **By e-mail:** Based upon court order or an agreement of the parties to accept service by e-mail, I caused the document(s) to be sent to the persons at the electronic service addresses listed above from the email address mel@upliftlaw.net. Within a reasonable time after the transmission, no error, electronic message or any other indication that the transmission was unsuccessful was received.

1  ☐ **By facsimile:** Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the persons at the fax numbers above. Within a reasonable time after the transmission, no error, was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By personal service:** I personally delivered the document(s) to the attorney listed above or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening.

☐ **By messenger service:** I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed above, or by electronically transmitting the document(s) and instructing the messenger to deliver to the persons at the addresses listed above, and providing them to a messenger service for service.

☐ **(State):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(Federal):** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on **September 13, 2021**, at Placdntia, California.

/s/ Angela Conquer
Angela Conquer